# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)

vMitchell, Suzanne | 2. Court or Organization

United States District Court, Western District of Oklahoma | 3. Date of Report

06/22/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge | **5a. Report Type (check appropriate type)**

☐ Nomination     Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report | **6. Reporting Period**

01/01/2019
**to**
12/31/2019 |

**7. Chambers or Office Address**

200 NW 4th Street
Oklahoma City, OK 73102

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Truist Bank FKA Suntrust Bank | Mortgage - part Personal Property, part Rental Property #2 (Part VII, Line 3) | N |
| 2. | UMB Bank, n.a. | Mortgage (refinance) - part Personal Property, part Rental Property #2 (Part VII, Line 3) | M |
| 3. | Central Loan Administration & Reporting FKA Cenlar Mortgage | Mortgage - Rental Property #3 (Part Vii, Line 4) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | RENTAL PROPERTIES (H) | | | | | | | | | |
| 2. | Rental Property #1 - Cleveland County, Norman, OK | A | Rent | | | Sold | 07/13/19 | M | E | |
| 3. | Rental Property #2 - Oklahoma County, Oklahoma City, OK | C | Rent | L | W | | | | | |
| 4. | Rental Property #3 - Oklahoma County, Oklahoma City, OK | D | Rent | M | W | | | | | |
| 5. | | | | | | | | | | |
| 6. | CASH AND BONDS (H) | | | | | | | | | |
| 7. | UMB Accounts | A | Interest | J | T | | | | | |
| 8. | Chase Accounts | A | Interest | J | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | RAYMOND JAMES ACCOUNT (H) | | | | | | | | | |
| 11. | Mutual Funds (H) | | | | | | | | | |
| 12. | Invesco Mid Cap Growth Fund Class Y | A | Dividend | J | T | | | | | |
| 13. | Invesco Comstock Fund Class Y M/F | A | Dividend | J | T | | | | | |
| 14. | Capital Income Builder Fund Class F2 American Funds M/F | A | Dividend | K | T | | | | | |
| 15. | Capital World Growth & Income Fund Class F2 American FD M/.F | A | Dividend | K | T | | | | | |
| 16. | Investment Company of America Class F2 American Funds M/F | A | Dividend | L | T | | | | | |
| 17. | Washington Mutual Investors Class F2 American Funds M/F | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cash and Cash Alternatives (H) | | | | | | | | | |
| 19. Bank Deposit Program - Sweep | A | Int./Div. | J | T | | | | | |
| 20. Equities (H) | | | | | | | | | |
| 21. Abbvie Incorporated | A | Dividend | | | Sold | 02/06/19 | J | A | |
| 22. Adobe Incorporated | A | Dividend | J | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 23. | | | | | Sold<br>(part) | 10/24/19 | J | A | |
| 24. Air Products and Chemicals Incorporated | A | Dividend | J | T | Buy | 01/04/19 | J | | |
| 25. Alphabet Incorporated Cap Stk Class A | A | Dividend | J | T | | | | | |
| 26. Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 27. Apple Incorporated | A | Dividend | J | T | | | | | |
| 28. Bank Amer Corporation | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 30. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 31. Becton Dickinson & Company | A | Dividend | J | T | | | | | |
| 32. Boeing Company | A | Dividend | | | Sold | 07/31/19 | J | A | |
| 33. Bookings Holdings Incorporaed | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 34. Broadcom Incorporated | A | Dividend | | | Buy<br>(add'l) | 05/16/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold | 05/22/19 | J | A | |
| 36. | CME Group Incorporated | A | Dividend | J | T | | | | | |
| 37. | CVS Health Corporation | A | Dividend | | | Sold<br>(part) | 02/05/19 | J | A | |
| 38. | | | | | | Sold<br>(part) | 03/01/19 | J | A | |
| 39. | | | | | | Sold | 03/27/19 | J | A | |
| 40. | Carnival Corporation Paried CTF | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 41. | Costco Wholesale Corporation NEW | A | Dividend | J | T | Buy | 08/29/19 | J | | |
| 42. | Dollar General Corporation NEW | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 43. | | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 44. | Facebook Incorporated Class A | A | Dividend | | | Buy | 04/29/19 | J | | |
| 45. | | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 46. | | | | | | Sold | 12/16/19 | J | A | |
| 47. | Fedex Corporation | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 48. | Garrett Motion Incorporated | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 49. | General MLS Incorporated | A | Dividend | | | Buy<br>(add'l) | 01/04/19 | J | | |
| 50. | | | | | | Sold | 04/29/19 | J | A | |
| 51. | Guideware Software Incorporated | A | Dividend | | | Buy<br>(add'l) | 02/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | | Sold | 06/25/19 | J | A | |
| 53. | Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 54. | Honeywell International Incorporated | A | Dividend | J | T | Buy<br>(add'l) | 07/31/19 | J | | |
| 55. | Intercontinental Exchange Incorporated | A | Dividend | | | Sold | 03/28/19 | J | A | |
| 56. | Iqvia Hldgs Incorporated | A | Dividend | | | Buy | 01/04/19 | J | | |
| 57. | | | | | | Sold | 10/03/19 | J | A | |
| 58. | JP Morgan Chase | A | Dividend | J | T | Buy<br>(add'l) | 09/12/19 | J | | |
| 59. | | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 60. | | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 61. | Johnson & Johnson | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 62. | Kansas City Southern Com New | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 63. | Lauder Estee Companies | A | Dividend | J | T | Buy<br>(add'l) | 01/04/19 | J | | |
| 64. | Mastercard Incorporated Class A | A | Dividend | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 65. | | | | | | Sold | 09/12/19 | J | A | |
| 66. | Merck & Company Incorporated | A | Dividend | | | Sold | 09/12/19 | J | A | |
| 67. | Microsoft Corporation | A | Dividend | J | T | Sold<br>(part) | 08/29/19 | J | A | |
| 68. | Motorola Solutions | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Nestle S A Sponsored ADR | A | Dividend | | | Buy | 07/31/19 | J | | |
| 70. | | | | | Sold | 11/07/19 | J | A | |
| 71.  Nike Incorporated Class B | A | Dividend | J | T | Buy | 03/25/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 73.  O'Reilly Automotive Incorporated New (ORLY) | A | Dividend | J | T | Buy | 03/27/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 75.  Paypal Hldgs Incorporated | A | Dividend | | | Buy | 05/22/19 | J | | |
| 76. | | | | | Sold | 07/30/19 | J | A | |
| 77.  Pepsico Incorporated | A | Dividend | J | T | Sold<br>(part) | 08/29/19 | J | A | |
| 78.  Pfizer Incorporated | A | Dividend | | | Sold | 08/01/19 | J | A | |
| 79.  Resideo Technologies Incorporated | A | Dividend | | | Sold | 01/04/19 | J | A | |
| 80.  Ringcentral Incorporated | A | Dividend | J | T | Buy | 11/07/19 | J | | |
| 81.  Salesforce Com Incorporated | A | Dividend | J | T | Buy<br>(add'l) | 07/30/19 | J | | |
| 82. | | | | | Sold<br>(part) | 10/24/19 | J | A | |
| 83.  Servicenow Incorporated | A | Dividend | J | T | Sold<br>(part) | 10/24/19 | J | A | |
| 84.  Sherwin Williams | A | Dividend | | | Sold<br>(part) | 01/17/19 | J | A | |
| 85. | | | | | Sold | 03/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Union Pac Corporation | A | Dividend | J | T | Buy (add'l) | 01/04/19 | J | | |
| 87. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 88. United Healthgroup Incorporated | A | Dividend | J | T | Buy (add'l) | 01/17/19 | J | | |
| 89. | | | | | Sold (part) | 03/01/19 | J | A | |
| 90. | | | | | Buy (add'l) | 07/30/19 | J | | |
| 91. Visa Incorporated Com Class A | A | Dividend | J | T | Buy (add'l) | 02/05/19 | J | | |
| 92. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 93. Workday Incorporated Class A | A | Dividend | | | Buy | 03/01/19 | J | | |
| 94. | | | | | Sold | 04/19/19 | J | A | |
| 95. Zoetis Incorporated Class A | A | Dividend | J | T | Buy | 10/03/19 | J | | |
| 96. Ingersoll Rand PLC SHS Ireland | A | Dividend | J | T | Buy (add'l) | 01/04/19 | J | | |
| 97. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 98. | | | | | | | | | |
| 99. FULKERSON FAMILY REVOCABLE TRUST (H) | | | | | | | | | |
| 100. Chevron Stock | A | Dividend | J | T | | | | | |
| 101. Real Estate Parcel #1, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 102. Real Estate Parcel #2, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Real Estate Parcel #3, Cleveland Cty, OK See Part VIII. | | None | J | S | | | | | |
| 104. Real Estate Parcel #4, Cleveland Cty, OK See Part VIII. | | None | | | Sold | 11/27/19 | J | E | |
| 105. | | | | | | | | | |
| 106. PARTNERSHIP INVESTMENTS (H) | | | | | | | | | |
| 107. Think Italian LLC .375844% | | None | J | U | | | | | |
| 108. | | | | | | | | | |
| 109. ARNOLD & PORTER LLP PROFIT SHARING AND 401(K) PLAN (H) | | | | | | | | | |
| 110. JP Morgan Smart Retirement 2035. See Part VIII. | B | Dividend | | | Distributed | 12/13/19 | K | | |
| 111. Vanguard Value Index Inst. See Part VIII. | B | Dividend | | | Distributed | 12/31/19 | K | | |
| 112. DFA Emerging Markets. See Part VIII. | A | Dividend | | | Distributed | 12/13/19 | J | | |
| 113. | | | | | | | | | |
| 114. FIDELITY INVESTMENTS ROLLOVER IRA (H) | | | | | | | | | |
| 115. Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 116. Fidelity Select Comm Services Port | A | Dividend | J | T | | | | | |
| 117. | | | | | | | | | |
| 118. MCAFEE & TAFT 401(K) (H) | | | | | | | | | |
| 119. Fidelity 500 Index | C | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Fidelity Contrafund K | D | Dividend | N | T | | | | | |
| 121.  JH Discpl Value Midcap | D | Dividend | N | T | | | | | |
| 122.  MM SEL Mid Cap GR 1 | D | Dividend | M | T | | | | | |
| 123.  AF Europac Growth R6 | B | Dividend | L | T | | | | | |
| 124. | | | | | | | | | |
| 125.  OGLETREE, DEAKINGS, NASH,<br>SMOAK & STEWART 401(K) (H) | | | | | | | | | |
| 126.  AF Growth Fund Amer R6 | B | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 138.  Harbor Cap Appr Inst | B | Dividend | K | T | Buy (add'l) | 01/03/19 | J | | |
| 139. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 140. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 141. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 142. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 143. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 144. | | | | | Buy (add'l) | 07/08/19 | J | | |
| 145. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 146. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 147. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 148. | | | | | Buy (add'l) | 11/05/19 | J | | |
| 149. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 150.  Vang Midcap IDX Inst | B | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 151. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 152. | | | | | Buy (add'l) | 03/05/19 | J | | |
| 153. | | | | | Buy (add'l) | 04/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 155. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 156. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 159. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 160. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 161. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 162. Vang Windsor II ADM | B | Dividend | J | T | Buy<br>(add'l) | 01/03/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 03/05/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 04/05/19 | J | | |
| 166. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 167. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 170. | | | | | Buy<br>(add'l) | 10/03/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 173. | | | | | | | | | |
| 174. PROFIT SHARING PLAN OF OGLETREE DEAKINS ET AL (H) | | | | | | | | | |
| 175. Vang Target Ret 2025 | B | Dividend | L | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 178. | | | | | | | | | |
| 179. SCHWAB ROLLOVER IRA (H) | | | | | | | | | |
| 180. Schwab Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 181. | | | | | | | | | |
| 182. ETRADE BROKERAGE ACCOUNTS (H) | | | | | | | | | |
| 183. ETrade Account #1 (H) | | | | | | | | | |
| 184. Ford Motor Co | A | Int./Div. | J | T | | | | | |
| 185. Nuance Communications | A | Int./Div. | J | T | | | | | |
| 186. Invesco (Powershares) Exchange Traded Trust | A | Int./Div. | J | T | | | | | |
| 187. Oneok Inc | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Berkshire Hathaway | A | Int./Div. | J | T | | | | | |
| 189. Apple | A | Int./Div. | J | T | | | | | |
| 190. Cerence Inc Common Stock | A | Int./Div. | J | T | Spinoff<br>(from line 185) | 10/04/19 | J | | |
| 191. ETrade Account #2 (H) | | | | | | | | | |
| 192. Coca Cola Bottling Co | A | Int./Div. | J | T | | | | | |
| 193. Schwab S&P 500 Fund | A | Int./Div. | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. OKLAHOMA 529 COLLEGE SAVINGS<br>PLANS (H) | | | | | | | | | |
| 196. OK 529 College Savings Plan #1 (H) | | | | | | | | | |
| 197. Guaranteed Option | A | Int./Div. | | | Distributed | 01/15/19 | J | | |
| 198. OK 529 College Savings Plan #2 (H) | | | | | | | | | |
| 199. Aggressive Managed Allocation 18+ | A | Int./Div. | | | Distributed | 01/15/19 | J | | |
| 200. US Equity Index Option | A | Int./Div. | | | Distributed | 01/15/19 | J | | |
| 201. Guarantteed Option | A | Int./Div. | | | Distributed | 01/15/19 | J | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION REGARDING PART VII, LINES 69-72.
All funds from the  Arnold and Porter LLP Profit Sharing and 401(k) Plan were distributed and transferred to a Thrift Savings Plan (TSP) on December 13, 2019.
The distribution was a qualified rollover for tax purposes, and the funds were invested in the TSP based on the contribution allocation at the date of posting.


ADDITIONAL INFORMATION REGARDING PART VII, LINES 99-104, REAL ESTATE PARCELS, CLEVELAND COUNTY, OK
Parcels are owned through a family revocable trust.
Taxable Value of Parcel 1, Part VII Line 101 is $4,000.
Taxable Value of Parcel 2, Part VII Line 102 is $12,360.
Taxable Value of Parcel 3, Part VII Line 103 is $2,000.

| Name of Person Reporting | Date of Report |
|---|---|
| vMitchell, Suzanne | 06/22/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne vMitchell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544